# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD G. ROCK,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　　　Defendant. | Case No.: 2:14-cv-01496-GMN-VCF<br><br>**ORDER** |

On April 15, 2015, the Court dismissed Plaintiff's claims and gave leave to amend by May 5, 2015, warning that failure to do so may result in dismissal with prejudice. (Order, ECF No. 10.)  That deadline has now elapsed and Plaintiff has not filed an amended pleading.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's claims are **DISMISSED with prejudice**. The Clerk shall close the case and enter judgment accordingly.

**DATED** this 5th day of June, 2015.

_____
Gloria M. Navarro
Chief United States District Judge